JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAUNCEY HOLLIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA MEN'S COLONY CORRECTIONAL OFFICERS AYALA, et al.,<br><br>　　　　　Defendants. | Case No. CV 18-993 DMG(JC)<br><br>JUDGMENT |

　　In accordance with the Memorandum Opinion and Order Dismissing Action, IT IS ADJUDGED that this action is dismissed due to Plaintiff's failure to comply with Rule 10 of the Federal Rules of Civil Procedure, his failure to state a claim upon which relief can be granted, his failure to comply with the November 30, 2018 Order Dismissing Second Amended Complaint with Leave to Amend, and his failure diligently to prosecute.

　　IT IS SO ADJUDGED.

DATED: March 5, 2019

　　　　　　　　　　　_____
　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE